NUMBER 13-05-745-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

CHRISTOPHER
M. WEAVER,                                      Appellant,

 

                                           v.

 

INGRID
E. WEAVER,                                                  Appellee.

_______________________________________________________

 

                  On appeal from the 370th
District Court

                           of Hidalgo
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, CHRISTOPHER
M. WEAVER, perfected an appeal from a judgment entered by the   370th District Court of Hidalgo County, Texas, in cause number F-3547-02-G.  The clerk=s record was received on December 2,
2005.  No reporter=s record was filed.  Appellant=s brief was due on January 3, 2006.  To date,
no appellate brief has been received. 

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On January
13, 2006, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 9th day of March, 2006